**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

CIVIL MINUTES -- GENERAL

Case No.   EDCV 09-327-VAP (AGRx)                                    Date:  March 20, 2009

Title:   GRISELDA GONZALEZ -v- DECISION ONE MORTGAGE COMPANY, LLC, (a North Carolina Limited Liability Company); RECONTRUST COMPANY (a Nevada Corporation); and DOES 1 through 50, inclusive
================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:     MINUTE ORDER: (1) GRANTING MOTION TO DISMISS WITHOUT PREJUDICE; (2) VACATING MARCH 30, 2009 HEARING; (3) DENYING MOTION TO STRIKE AS MOOT (IN CHAMBERS)

    The Court has received and considered all papers filed in support of Defendant Recontrust Company ("Defendant") Motion to Dismiss ("Motion to Dismiss").  The Court has also received and considered all papers filed in support of Defendant's Motion to Strike Portions of Plaintiff's Complaint ("Motion to Strike").  Both of Defendant's Motions are appropriate for resolution without oral argument.  See Fed. R. Civ. P. 78; Local R. 7-15.

    Defendant filed its Motion to Dismiss on February 19, 2009 to be heard on March 30, 2009. It filed the Motion to Strike on February 19, 2009 for hearing on March 30.  Under Local Rule 7-9, a

MINUTES FORM 11                                                Initials of Deputy Clerk: jh-relief
CIVIL -- GEN                                    Page 1

EDCV 09-327-VAP (AGRx)
GRISELDA GONZALEZ v DECISION ONE MORTGAGE COMPANY, LLC, (a North Carolina Limited Liability Company); RECONTRUST COMPANY (a Nevada Corporation); and DOES 1 through 50, inclusive
MINUTE ORDER of March 20, 2009

party must file opposition papers no later than 14 days before the date designated for the hearing of the motion.  Plaintiff Griselda Gonzalez ("Plaintiff") is represented by counsel.  Plaintiff filed no timely opposition.  Under Local Rule 7-12, the Court finds Plaintiff has consented to granting the Motion.  Plaintiff's claim against Recontrust Company is dismissed without prejudice.

　　　　As the Court has dismissed Plaintiff's claim against Recontrust Company, the Court DENIES the Motion to Strike portions of the Complaint as moot.

　　　　**IT IS SO ORDERED.**