O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRISELDA GONZALEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>DECISION ONE MORTGAGE COMPANY, LLC, (a North Carolina Limited Liability Company); RECONTRUST COMPANY (a Nevada Corporation); and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. EDCV 09-327-VAP (AGRx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against RECONTRUST COMPANY is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: March 20, 2009

                                            *Virginia A. Phillips*
                                          VIRGINIA A. PHILLIPS
                                          United States District Judge